AO 91 (Rev. 11/11) Criminal Complaint

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

AUG 1 2 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

United States of America )
v. )
RONALD TIMOTHY SAMPSON )
)  Case No. **14-1810 TJS**
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 11, 2014__ in the county of __Baltimore City__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Attempted Possession With Intent to Distribute 500 Grams or More of Cocaine and 1 Kilogram or More of Heroin |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Nye, S/A FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/12/2014

_____
*Judge's signature*

City and state: Baltimore, Maryland

Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ERIC S. NYE, SPECIAL AGENT
## DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION

I, ERIC S. NYE, being duly sworn, do hereby depose and state:

Introduction:

1. Your affiant is a Special Agent for the Department of Justice, Federal Bureau of Investigation (DOJ/FBI). I have been a Special Agent since 2006 and assigned to the Safe Streets Task Force (SSTF) of the Baltimore office of the FBI since 2008.

2. This affidavit is made in support of a complaint against **Ronald Timothy Sampson**, of 2304 Noonham Road, Windsor Mills, Maryland, charging him with attempted possession with intent to distribute cocaine, in violation of 21 U.S.C. §846.

Details of the Investigation:

3. The FBI arrested Cooperating Witness 1 ("CW1") with several kilograms of both heroin and cocaine. CW1 indicated to the FBI his desire to cooperate. CW1 indicated that he had many multi-kilogram buyers in Baltimore to whom he was intending on selling the seized cocaine and heroin. One of those buyers was identified by CW1 as Ronald Sampson, aka "Little Ronald." CW1 was shown pictures of, and positively identified, Sampson.

4. On August 11, 2014, CW1 made multiple consensually recorded calls in which Sampson indicated a desire to purchase one kilogram of heroin and one kilogram of cocaine. Sampson stated, "I need to see you bad!" CW1 replied, "I got you, I got you...On both." CW1 explained that "both" was a reference to heroin and cocaine. CW1 explained, "75 for the...you know which one...and I'ma say about 38, since it's a drought on the other thing." Sampson replied, "Alright, cool. Thank you." CW1 later stated, "I'm going to let you go one on one." CW1 explained that he provided a price of $75,000 for a kilogram of heroin and $38,000 for a kilogram of cocaine and that he was going to provide Sampson with one kilogram of each. At approximately 3:40 p.m., Sampson explained, "I gotta put the word out as we speak...and I got some cash for when I see you." CW1 explained that Sampson indicated that he was calling up his buyers and trying to get as much money to give to CW1 as possible for the purchase of the cocaine and heroin.

5. At approximately 4:29 p.m., Sampson arrived at the Ross parking lot, parked his car, and walked over to the Target parking lot to meet with CW1. Once Sampson approached CW1's vehicle, he was placed under arrest by agents of the FBI. A search of his person and of the vehicle revealed that Sampson brought approximately $10,500 in U.S. currency.

1

Conclusion:

6. Therefore, based on the facts set forth above, your affiant believes there is probable cause that **Ronald Timothy Sampson**, of 2304 Noonham Road, Windsor Mills, Maryland, attempted, and conspired, to possess with the intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, and one or more kilograms of heroin, a schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

ERIC S. NYE, Special Agent
Department of Justice, Federal Bureau of Investigation

**Subscribed and Sworn** to before me and in my presence, this 12th day of August 2014, at Baltimore, Maryland.

Timothy J. Sullivan
United States Magistrate

2